## FINANCIAL STATEMENT

### NET WORTH   Trust

—

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 689 | | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | 115204 | | Notes payable to banks—unsecured | | |
| Listed securities—add schedule | 152,556 | | Notes payable to relatives | | |
| Unlisted securities—add schedule | | | Notes payable to others | | |
| Accounts and notes receivable: | | | Accounts and bills due | | |
| Due from relatives and friends | | | Unpaid income tax | | |
| Due from others | | | Other unpaid tax and interest | | |
| Doubtful | | | Real estate mortgages payable—add schedule | | |
| Real estate owned—add schedule | | | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | Other debts—itemize: | | |
| Autos and other personal property | | | | | |
| Cash value—life insurance | | | | | |
| Other assets—itemize: | | | | | |
| | | | | | |
| | | | | | |
| | | | Total liabilities | | |
| | | | Net Worth | | |
| Total Assets | | | Total liabilities and net worth | | |
| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | Are any assets pledged? (Add schedule.) | | |
| On leases or contracts | | | Are you defendant in any suits or legal actions? | | |
| Legal Claims | | | Have you ever taken bankruptcy? | | |
| Provision for Federal Income Tax | | | | | |
| Other special debt | | | | | |

Digitized by Google

## FINANCIAL STATEMENT

### NET WORTH

JT/W IRAs

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | |
|---|---|---|---|---|---|---|
| Cash on hand and in banks | 8204 | | | Notes payable to banks—secured | | |
| U.S. Government securities—add schedule | 34269 | | | Notes payable to banks—unsecured | | |
| Listed securities—add schedule | 53360 | | | Notes payable to relatives | | |
| Unlisted securities—add schedule | | | | Notes payable to others | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | |
| Due from relatives and friends | | | | Unpaid income tax | | |
| Due from others | | | | Other unpaid tax and interest | | |
| Doubtful | | | | Real estate mortgages payable—add schedule | | |
| Real estate owned—add schedule | | | | Chattel mortgages and other liens payable | | |
| Real estate mortgages receivable | | | | Other debts—itemize: | | |
| Autos and other personal property | | | | | | |
| Cash value—life insurance | | | | | | |
| Other assets—itemize: | | | | | | |
| Direct Investments (L.P) | 20112 | | | | ' | |
| SCA Tax-exempt L.P. | N/A | | | Total Liabilities | | |
| | | | | Net Worth | | |
| Total Assets | | | | Total liabilities and net worth | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule.) | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | | |
| Provision for Federal Income Tax | | | | | | |
| Other special debt | | | | | | |

Digitized by Google

**352**

STATE OF ARIZONA      )
                      )  ss
COUNTY OF MARICOPA    )

## AFFIDAVIT

I, Roslyn Moore-Silver, do swear that the information provided in this statement is, to the best of my knowledge, true and accurate.

_9/14/94_        _Roslyn O. Moore Si._
(DATE)           (NAME)

Subscribed and sworn to before me this _14_ day of _September_, 1994, by Roslyn Moore-Silver.

_Viviana M Martinez_
NOTARY PUBLIC

My Commission Expires May 17, 1996

Digitized by Google

| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br>Moore-Silver, Roslyn O. | 2. Court or Organization<br>Federal District Court<br>for the District of Arizona | 3. Date of Report<br>9/14/94 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br>Active Article III Judge | 5. Report Type (check appropriate type)<br>X Nomination, Date 9/14/94<br>__ Initial __ Annual __ Final | 6. Reporting Period |
| 7. Chambers or Office Address<br>United States Courthouse<br>230 North First Avenue<br>Phoenix, AZ 85025 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___<br><br>Reviewing Officer Signature _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Lecturer | Scottsdale University School of Law |
| | |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE<br>(Honoraria only) | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 1/93-3/93 | Scottsdale University School of Law-Compensation | $ 1,200.00 |
| 2 1/93-9/94 | Arizona Attorney General's Office - Salary (S) | $ |
| 3 | | $ |
| 4 | | $ |
| 5 | | $ |
| | | $ |

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Moore-Silver, Roslyn O. | Date of Report<br>9/14/94 |
|---|---|---|

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements or gifts) | |
| Not applicable | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts) | | |
| Not applicable | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-19 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE° |
|---|---|---|
| X NONE (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

° VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
S = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

FINANCIAL DISCLOSURE REPORT (cont'd)

| Name of Person Reporting | Date of Report |
|---|---|
| Moore-Silver, Roslyn O. | 9/14/94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Salt River Project Bond (J) | A | Int. | J | U | | | | | |
| 2 SCA Tax Exempt LP (J) | A | Int./Div. | J | U | | | | | |
| 3 ML Futures Invest. LP (J) | A | Int./Div. | J | U | | | | | |
| 4 ML Global Allocation (J) | A | Div. | J | U | | | | | |
| 5 CATS 0% 8/15/04 | A | Int. | J | U | | | | | |
| 6 Coupon Treasury Receipt 2/15/03 | A | Int. | J | U | | | | | |
| 7 U.S. Treasury Note 8/15/04 | A | Int. | J | U | | | | | |
| 8 Equity Inc. Fund Dow Ten | A | Div. | J | U | | | | | |
| 9 ML Eurofund | A | Div. | J | U | | | | | |
| 10 ML Global Holdings FD | A | Div. | J | U | | | | | |
| 11 ML Global Allocation FD | A | Div. | J | U | | | | | |
| 12 Coupon Treasury Receipt 8/13/03 (S) | A | Int. | J | U | | | | | |
| 13 Coupon Treasury Receipt 2/15/03 (S) | A | Int. | J | U | | | | | |
| 14 Coupon Treasury Receipt 2/15/04 (S) | A | Int. | J | U | | | | | |
| 15 Baxter International 'Comman" (S) | A | Div. | J | U | | | | | |
| 16 Caremark International 'Common' (S) | A | Div. | J | U | | | | | |
| 17 Chiron Corp.'Common'(S) | | | J | U | | | | | |
| 18 Genentech 'Common' (S) | | | J | U | | | | | |
| 19 IBM 'Common' (S) | A | Div. | J | U | | | | | |
| 20 K-Mart 'Common' (S) | A | Div. | J | U | | | | | |

1 Income/Gain Codes: (See Col. B1 & D4) A=$1,000 or less  B=$1,001 to $2,500  C=$2,501 to 5,000  D=$5,001 to $15,000
2 Value Codes: (See Col. C1 & D3) E=$15,001 to $50,000  F=$50,001 to $100,000  G=$100,001 to $1,000,000  H=More than $1,000,000
  J=$15,000 or less  K=$15,001 to $50,000  L=$50,001 to $100,000  M=$100,001 to $250,000
  N=$250,001 to $500,000  O=$500,001 to $1,000,000  P=More than $1,000,000
3 Value Method Codes: (See Col. C2) Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
  U=Book Value  V=Other  W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore-Silver, Roslyn O. | 9/14/94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (div., rent or int.) | (1) Value Code (J-P) | (2) Value Methods Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Salt River Project Bond (J) | A | Int. | J | U | | | | | | |
| 2 SCA Tax Exempt LP (J) | A | Int./Div. | J | U | | | | | | |
| 3 ML Futures Investments LP (J) | A | Int./Div. | J | U | | | | | | |
| 4 ML Global Allocation (J) | A | Div. | J | U | | | | | | |
| 5 CATS 0% 8/15/04 | A | Int. | J | U | | | | | | |
| 6 Coupon Treasury Receipt 2/15/03 | A | Int. | J | U | | | | | | |
| 7 U.S. Treasury Note 8/15/04 | A | Int. | J | U | | | | | | |
| 8 Equity Inc. Fund Dow Ten | A | Div. | J | U | | | | | | |
| 9 ML Eurofund | A | Div. | J | U | | | | | | |
| 10 ML Global Holdings | A | Div. | J | U | | | | | | |
| 11 ML Global Allocation | A | Div. | J | U | | | | | | |
| 12 ML Ready Asset Trust (J) | A | Int. | J | U | | | | | | |
| 13 ML Retirement Money FD | A | Int. | J | U | | | | | | |
| 14 ML Retirement Money FD (S) | A | Int. | J | U | | | | | | |
| 15 Arizona State Retirement Program(S) | K | Int. | K | U | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less    B=$1,001 to $2,500    C=$2,501 to 5,000    D=$5,001 to $15,000
(See Col. B1 & D4)    E=$15,001 to $50,000    F=$50,001 to $100,000    G=$100,001 to $1,000,000    H=more than $1,000,000
2 Value Codes:    J=$15,000 or less    K=$15,001 to $50,000    L=$50,001 to $100,000    M=$100,001 to $250,000
(See Col. C1 & D3)    N=$250,001 to $500,000    O=$500,001 to $1,000,000    P=More than $1,000,000
3 Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book Value    V=Other    W=Estimated

Digitized by Google

The items below are part of a trust in which I am the trustee and my mother is the beneficiary. I presently have no interest in the trust. At my mother's death, the trust property will be divided between myself and my siblings.

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Moore-Silver, Roslyn O. | 9/14/94 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-37 of Instructions.)

| A. Description of Assets (Including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical ing individual and spouse, (S) (DC) separate ownership by spouse, for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 U.S. Treasury Note 8-7/8 2/15/99 | C | Int. | L | U | | | | | |
| 2 U.S. Treasury Note 8 1/15/97 | B | Int. | K | U | | | | | |
| 3 U.S. Treasury Note 7-1/8 10/15/98 | B | Int. | K | U | | | | | |
| 4 U.S. Treasury Note 7-1/2 11/15/01 | A | Int. | J | U | | | | | |
| 5 Maricopa County AZ Bond | A | Int. | J | U | | | | | |
| 6 Phoenix AZ Bond | A | Int. | J | U | | | | | |
| 7 AT&T 'Common' | A | Div. | J | U | | | | | |
| 8 Ameritech 'Common' | A | Div. | J | U | | | | | |
| 9 Bell Atlantic 'Common' | A | Div. | J | U | | | | | |
| 10 Duke Power 'Common' | A | Div. | J | U | | | | | |
| 11 Royal Bk. of Scotland 9-1/2 PFR | A | Div. | J | U | | | | | |
| 12 Upjohn 'Common' | B | Div. | L | U | | | | | |
| 13 Colonial Tax Exempt FD | A | Div. | K | U | | | | | |
| 14 AIM Value FD | A | Div. | J | U | | | | | |
| 15 Franklin AZ Tax Free FD | B | Div. | K | U | | | | | |
| 16 Putnam AZ Tax Exempt FD | A | Div. | J | U | | | | | |
| 17 ML Ready Asset Trust | A | Int. | J | U | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Date of Person Reporting<br>Moore-Silver, Roslyn O. | Date of Report<br>9/14/94 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date 9/14/94

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544